UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BLUES DESTINY RECORDS, L.L.C., a
Florida Limited Liability Company,

    Plaintiff,

v.                                                                        3:09cv538-WS

GOOGLE, INC., a Delaware Corporation;
MICROSOFT CORPORATION, a
Washington Corporation, and RAPIDSHARE
AG, a German Corporation,

    Defendants.

## ORDER GRANTING GOOGLE'S MOTION TO STAY

The plaintiff, Blues Destiny Records, LLC ("Plaintiff"), filed this copyright infringement action on December 7, 2009.  Two months later, on February 4, 2010, before any of the defendants filed notices of appearance, Plaintiff filed a motion for preliminary injunction against the defendant, Google.  Counsel for Google filed notices of appearance on February 9, 2010, along with a motion to hold Plaintiff's motion for preliminary injunction in abeyance pending a determination of the court's subject matter jurisdiction.  Google is currently preparing a motion to dismiss for lack of jurisdiction, which it plans to file on February 16, 2010.  Google now seeks expedited consideration of its motion to hold Plaintiff's preliminary injunction motion in abeyance.

To facilitate a speedy resolution of Google's challenge to the court's subject matter jurisdiction, it is ORDERED:

1. Google's motion to expedite ruling (doc. 17) is GRANTED.

2. Google's shall have until February 16, 2010, to file its motion to dismiss for lack of subject matter jurisdiction.

3. Plaintiff shall have until February 24, 2010, to file a response to Google's motion to dismiss.

4. Google's motion (doc. 11) to hold Plaintiff's motion for preliminary injunction in abeyance is GRANTED until the jurisdictional matter is resolved.

DONE AND ORDERED this ___12th___ day of ___February___, 2010.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE